1  CLIFFORD D. SETHNESS (SBN 212975)
   MORGAN, LEWIS & BOCKIUS LLP
2  300 South Grand Avenue
   Twenty-Second Floor
3  Los Angeles, CA  90071-3132
   Telephone: 213.612.2500
4  Fax: 213.612.2501
   *csethness@morganlewis.com*
5
   BRENDAN G. DOLAN (SBN 126732)
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, CA  94105
   Telephone: 415.442.1000
8  Fax: 415:442.1001
   *bdolan@morganlewis.com*
9
   Attorneys for Plaintiff
10 PACIFIC MARITIME ASSOCIATION

11 ROBERT S. REMAR (SBN 100124)
   LEONARD CARDER LLP
12 1188 Franklin Street, Suite 201
   San Francisco, CA  94109
13 Telephone: 415.771.6400
   Fax: 415.771.7010
14 *rremar@leonardcarder.com*

15 Attorneys for Defendants
   INTERNATIONAL LONGSHORE AND
16 WAREHOUSE UNION and ILWU LOCAL 10

17                    UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
19

20 | PACIFIC MARITIME ASSOCIATION, | Case No. C 07-2322 CW |
|---|---|
| Plaintiff, | Hon. Claudia Wilken |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., | |
| Defendants. | |

The parties are actively engaged in discussions to resolve this matter. The parties request that the Court continue the Case Management Conference from August 7, 2007 to September 11, 2007 to enable them to reach a settlement without the need for further litigation.

Dated: August 6, 2007                         MORGAN, LEWIS & BOCKIUS LLP

By     /s/
    Clifford D. Sethness
    Attorneys for Plaintiff
    PACIFIC MARITIME ASSOCIATION

Dated: August 6, 2007                         LEONARD CARDER LLP

By     /s/
    Robert S. Remar
    Attorneys for Defendants
    INTERNATIONAL LONGSHORE AND
    WAREHOUSE UNION, ILWU LOCAL 10

**ORDER**

Based on the foregoing stipulation of the parties, the Court hereby ORDERS that the Case Management Conference in this matter is continued to September 11, 2007, at 2 p.m.

Date: 8/7/07

Hon. Claudia Wilken
U.S. District Court Judge

**PROOF OF SERVICE**

I, Jason M. Steele, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On August 6, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

☒ by transmitting via electronic mail the document(s) listed above to the electronic mail address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery.

☐ by causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth below.

Robert S. Remar
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: 415.771.6400
Fax: 415.771.7010
*rremar@leonardcarder.com*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2007, at Los Angeles, California.

/ s /
_____
Jason M. Steele